

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2018

No. 04-18-00836-CV

Allan W. **MAJESKI**,
Appellant

v.

**FROST BANK**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI00427
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant is an inmate acting pro se in a civil suit. In his November 16, 2018 motion, Appellant asks this court to appoint counsel to represent him in this appeal.

A court may appoint counsel for a pro se civil litigant "under exceptional circumstances." *See Gibson v. Tolbert*, 102 S.W.3d 710, 712 (Tex. 2003) (citing *Travelers Indem. Co. of Conn. v. Mayfield*, 923 S.W.2d 590, 594 (Tex. 1996)); *see also* TEX. GOV'T CODE ANN. § 24.016 (West 2004).

Exceptional circumstances are "rare and unusual," and Appellant's motion presents no such circumstances. *See Gibson*, 102 S.W.3d at 713 (denying court-appointed counsel to an indigent inmate for his civil suit against prison personnel).

Appellant's motion for court-appointed appellate counsel is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of November, 2018.



KEITH E. HOTTLE,
Clerk of Court